UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DOOLITTLE (#109680)

VERSUS

SHERMIEKA JARVIS, ET AL

CIVIL ACTION

NO. 09-951-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 6, 2010 (doc. no. 4). The plaintiff has filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, this 25th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA